UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
        V.                )   Criminal No. 03-CR-10383-RGS
                          )
JULIO FRANCO, et al.      )
```

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the captioned matter.

                                     Respectfully submitted,
                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                   By:     /s/
                          CYNTHIA W. LIE
                          Assistant U.S. Attorney
                          (617) 748-3183

July 1, 2004