UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 03-CR-10383-RGS |
| | ) | |
| JULIO FRANCO, | ) | |
| Defendant | ) | |

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME
### TO FILE AGREED-TO STIPULATION OF FACTS

The United States Attorney hereby respectfully moves that the Court grant a two-day extension of time to file an Agreed-To Stipulation of Facts. As grounds for this motion, the government states that the parties are close to agreement on the Stipulation of Facts.

Dated: July 14, 2004                                Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Cynthia W. Lie
       CYNTHIA W. LIE
       Assistant U.S. Attorney