U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## DEPUTIZATION REQUEST/AUTHORIZATION

Must be typewriter completed. See reverse for Privacy Act

### PART I - CERTIFICATION

FROM: (Enter Name of State/Local Agency) **Massachusetts State Police**

TO: Special Agent In Charge **Boston** Field Division

Name of Employee: **Kevin P. O'Neil**    Task Force: **Group 3**

Home Address: _____, MA    Sex: **M**

Date of Birth: _____    Place of Birth **Boston, MA**    SSN: _____

The character and internal investigation for subject named have been reviewed. I certify that he/she has not been previously convicted of a misdemeanor crime of domestic violence, within the meaning of Title 18, USC, Section 922(g)(9). I certify that he/she is a favorable candidate for the Task Force. I further certify that a security check to include an FBI fingerprint check was conducted with no derogatory information developed on (date) **2/5/02**    Last Firearms Qualification **1/16/02** (date)

**LT. GARY R. BEARFIELD**
Typed Name and Title of State/Local Official    Signature and Date of State/Local Official

### PART II - CERTIFICATION

FROM: Special Agent In Charge **Boston** Field Division

TO: Chief, Investigative Support Section

Favorable NADDIS and NLETS and/or NCIC checks concerning this subject have been completed and are attached. When additional processing by your office has been conducted, appropriate action will be taken by this Field Division.

It is understood that the subject's access is restricted to his/her need-to-know, as operational circumstances dictate.

Special Agent In Charge (Signature and Date)

### PART III - DEPUTIZATION STATEMENT

FROM: Administrator, Drug Enforcement Administration    TO: **Kevin P. O'Neil**

Pursuant to the authority granted to the Attorney General by Public Law 99-570, Section 1869, and delegated to me by Title 28, Code of Federal Regulations, Subpart R, Section 0.100 et. seq., you are hereby authorized to exercise the powers of enforcement personnel set forth in Section 878, Title 21, United States Code, which are to:

(1) carry firearms;
(2) execute and serve search warrants, arrest warrants, administrative inspection warrants, subpoenas, and summonses issued under the authority of the United States;
(3) make arrests without a warrant (A) for any offense against the United States committed in your presence, or (B) for any felony, cognizable under the laws of the United States, if you have probable cause to believe that the person to be arrested has committed or is committing a felony;
(4) make seizures of property pursuant to the provisions of this Subchapter (21 U.S.C. 801-904); and
(5) perform such other law enforcement duties as the Attorney General may designate.

Deputization authority is authorized from the date affixed to my signature for the period checked below unless sooner terminated in writing.

[XX] While you are a DEA Task Force Officer
[ ] For investigation _____ with an automatic expiration date upon conclusion of investigation NTE 1 year
[ ] Other

OMS USE ONLY **S2-265**

Administrator, Drug Enforcement Administration (Approval Authority Delegated to Chief, OMS)    Date **2/19/02**

### PART IV - OATH OF OFFICE

I, **Kevin P. O'Neil**, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

I understand that, upon deputization, I will be subject to the provisions contained in 5 U.S.C. 3374(C), including the provisions relating to the unauthorized use of official Government vehicles. I further certify that I have read, understand, and agree to abide by the standards of conduct described in Section 2735 of the DEA Personnel Manual and Subchapter 632 of the DEA Agents Manual pertaining to the dissemination of information.

Task Force Officer (Signature and Date) **3/4/02**    Special Agent In Charge (Signature and Date) **NEW ENGLAND** Field Division

FORM DEA-481 (7-01) Previous editions are obsolete    2 - ASAC/RAC - Oath