```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
        V.               )    Criminal No. 03-CR-10383-RGS
                         )
JULIO FRANCO, et al.     )
```

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                  By:    /s/ William Connolly
                         WILLIAM CONNOLLY
                         Assistant U.S. Attorney
                         (617) 748-3174
```

Dated: July 22, 2005

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

```
                                    _____
                                    WILLIAM CONNOLLY
                                    Assistant U.S. Attorney
```