```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
        V.               )    Criminal No. 03-CR-10383-RGS
                         )
JULIO FRANCO, et al.     )
```

**NOTICE OF WITHDRAWAL**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.  Undersigned counsel notes that she is being transferred to another unit within the United States Attorney's Office.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney


                             By:    */s/ Cynthia W. Lie*
                                   CYNTHIA W. LIE
                                   Assistant U.S. Attorney
                                   (617) 748-3183


Dated:  July 22, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record the foregoing document by electronic filing and depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery this 22nd day of July, 2005.

_____
CYNTHIA W. LIE
Assistant U.S. Attorney
