# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.               CRIMINAL NO. 2003-CR-10383-RGS-1

JULIO FRANCO,
        Defendant.

## APPOINTMENT OF FEDERAL DEFENDER

COLLINGS, U.S.M.J.

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of October 4, 2006 to represent said defendant in this cause until further order of the Court.

                                            By the Court,

                                            /s/ Noreen A. Russo
                                            NOREEN A. RUSSO
                                            Deputy Clerk

Date: October 6, 2006