U S MAGISTRATE COURT
DS – SDTX
FILED

SEP 20 2006    BM

AO 94 (Rev. 12/03) Commitment to Another District

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas, Laredo Division

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

Julio Franco, a/k/a: Ramon Mercedes Ortiz

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 5:06-MJ-1504 | 03-10383-RGS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of 21    U.S.C. § 846 and 18:2

**DISTRICT OF OFFENSE**
Massachusetts

**DESCRIPTION OF CHARGES:**
Conspiracy to knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. 846 (a) (1) and attempted possession with intent to distribute cocaine, and aiding and abetting.

**CURRENT BOND STATUS:**

☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☑ Other (specify) Identity hearing and have been informed I have no right to a preliminary examination.

| **Representation:** | ☐ Retained Own Counsel | ☑ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☐ No | ☑ Yes | Language: Spanish |
|---|---|---|---|

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/20/06
_____    _____
Date                        Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

TRUE COPY, I CERTIFY
ATTEST:
_____
Deputy Clerk

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Julio Franco.

a/k/a "Ramon Mercedes-Ortiz"

CASE NUMBER: *03-10383-RGS*

*50GMJ150*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Julio Franco, a/k/a "Ramon Mercedes-Ortiz"___

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

~~Conspiracy~~ to knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846 and 841 (a) (1) ~~and attempted possession~~ with intent to distribute cocaine, and aiding and abetting.

in violation of
Title ____21____ United States Code, Section(s) __846 and 18 U.S.C. § 2__

__Sheila Disk-s__
Name of Issuing Officer

__Operations Supervisor__
Title of Issuing Officer

Signature of Issuing Officer

12-17-2003     Boston, MA
Date and Location

Bail fixed at $ ___Detention___ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | US Border Patrol | |
| DATE OF ARREST SEPT 10 2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10383-RGS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. JULIO FRANCO, | ) | - 21 U.S.C. § 846 - |
| a/k/a "Ramon | ) | |
| Mercedes-Ortiz," | ) | Conspiracy to Distribute, |
| 2. DOMINGO VEGA, | ) | And to Possess with Intent |
| a/k/a "Mingo," and | ) | To Distribute, Cocaine |
| 3. JOSE RAFAEL SANTIAGO, | ) | |
| a/k/a "Raffi," | ) | - 21 U.S.C. § 846 |
| | ) | Attempted Possession with |
| Defendants. | ) | Intent To Distribute Cocaine |
| | ) | |
| | ) | - 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | - 21 U.S.C. § 853 |
| | ) | Criminal Forfeiture |

### INDICTMENT

 (21 U.S.C. § 846 - Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about September 2003 and continuing to on or about November 9, 2003, at Lynn, Boston, Worcester and elsewhere in the District of Massachusetts, in Providence in the District of Rhode Island, and elsewhere,

1. JULIO FRANCO, a/k/a "Ramon Mercedes-Ortiz,"
2. DOMINGO VEGA, a/k/a "Mingo," and
3. JOSE RAFAEL SANTIAGO, a/k/a "Raffi,"

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other, and with other
persons known and unknown to the Grand Jury, to distribute, and
to possess with intent to distribute, cocaine, a Schedule II
controlled substance, in violation of Title 21, United States
Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or
more of a mixture or substance containing a detectable amount of
cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections
846 and 841(b)(1)(A)(ii).

COUNT TWO:        (21 U.S.C. § 846 - Attempted Possession
                   with Intent to Distribute Cocaine).

The Grand Jury further charges that:

Beginning on an unknown date but at least by on or about

November 7, 2003 and continuing to on or about November 9, 2003,

at Lynn, Boston, Worcester and elsewhere in the District of

Massachusetts, in Providence in the District of Rhode Island, and

elsewhere,

> 1.  JULIO FRANCO, a/k/a "Ramon Mercedes-Ortiz,"
> 2.  DOMINGO VEGA, a/k/a "Mingo," and
> 3.  JOSE RAFAEL SANTIAGO, a/k/a "Raffi,"

defendants herein, did knowingly and intentionally attempt to

possess with intent to distribute cocaine, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

The offense charged herein involved five kilograms or more

of a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

846 and 841(b)(1)(A)(ii) and 18 U.S.C. § 2.

U S MAGISTRATE COURT
DS – SDTX
FILED

SEP 20 2006    BM

Michael N. Milby, Clerk
Laredo Division

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas, Laredo Division

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| Julio Franco, a/k/a: Ramon Mercedes Ortiz | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 5:06-MJ-1504 | 03-10383-RGS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of  21        U.S.C. §  846 and 18:2

**DISTRICT OF OFFENSE**
Massachusetts

**DESCRIPTION OF CHARGES:**
Conspiracy to knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. 846 (a) (1) and attempted possession with intent to distribute cocaine, and aiding and abetting.

**CURRENT BOND STATUS:**

☐ Bail fixed at $            and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☑ Other (specify)  Identity hearing and have been informed I have no right to a preliminary examination.

**Representation:**    ☐ Retained Own Counsel    ☑ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☐ No    ☑ Yes    Language:  Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/20/06
_____            _____
Date                        Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

TRUE COPY, I CERTIFY
ATTEST:

Deputy Clerk

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA

v.

Julio Franco,
a/k/a "Ramon Mercedes-Ortiz"

**WARRANT FOR ARREST**

*FPD*

CASE NUMBER: *03-10383-RGS*

*506MJ7504*

To: The United States Marshal
and any Authorized United States Officer

*IDHrg./Det. Hrg.*

*9-19-06*

YOU ARE HEREBY COMMANDED to arrest _____ Julio Franco, a/k/a "Ramon Mercedes-Ortiz" ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

~~Conspiracy~~ to knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846 and 841 (a) (1) and ~~attempted possession~~ with intent to distribute cocaine, and aiding and abetting.

in violation of
Title _____ 21 _____ United States Code, Section(s) 846 and 18 U.S.C. § 2 _____

_____ Sheila Dishes _____
Name of Issuing Officer

_____ Signature of Issuing Officer _____

_____ *Operations Supervisor* _____
Title of Issuing Officer

12-17-2003     Boston, MA
Date and Location

Bail fixed at $ _____ *Detention* _____    by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | US Border Patrol | |
| DATE OF ARREST SEPT 10 2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. *03-10383-RGS* |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. JULIO FRANCO, | ) | - 21 U.S.C. § 846 - |
| a/k/a "Ramon | ) | |
| Mercedes-Ortiz," | ) | Conspiracy to Distribute, |
| 2. DOMINGO VEGA, | ) | And to Possess with Intent |
| a/k/a "Mingo," and | ) | To Distribute, Cocaine |
| 3. JOSE RAFAEL SANTIAGO, | ) | |
| a/k/a "Raffi," | ) | - 21 U.S.C. § 846 |
| | ) | Attempted Possession with |
| Defendants. | ) | Intent To Distribute Cocaine |
| | ) | |
| | ) | - 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | - 21 U.S.C. § 853 |
| | ) | Criminal Forfeiture |

INDICTMENT

COUNT ONE:   (21 U.S.C. § 846 - Conspiracy to Distribute,
and to Possess with Intent to Distribute,
Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about

September 2003 and continuing to on or about November 9, 2003, at

Lynn, Boston, Worcester and elsewhere in the District of

Massachusetts, in Providence in the District of Rhode Island, and

elsewhere,

      1. JULIO FRANCO, a/k/a "Ramon Mercedes-Ortiz,"
      2. DOMINGO VEGA, a/k/a "Mingo," and
      3. JOSE RAFAEL SANTIAGO, a/k/a "Raffi,"

defendants herein, did knowingly and intentionally combine,

Case 1:03-cr-10383-RGS    Document 16    Filed 12/17/2003    Page 2 of 5

conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

<u>COUNT TWO</u>:        (21 U.S.C. § 846 - Attempted Possession
                         with Intent to Distribute Cocaine).

The Grand Jury further charges that:

Beginning on an unknown date but at least by on or about

November 7, 2003 and continuing to on or about November 9, 2003,

at Lynn, Boston, Worcester and elsewhere in the District of

Massachusetts, in Providence in the District of Rhode Island, and

elsewhere,

          1. JULIO FRANCO, a/k/a "Ramon Mercedes-Ortiz,"
          2. DOMINGO VEGA, a/k/a "Mingo," and
          3. JOSE RAFAEL SANTIAGO, a/k/a "Raffi,"

defendants herein, did knowingly and intentionally attempt to

possess with intent to distribute cocaine, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

The offense charged herein involved five kilograms or more

of a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

846 and 841(b)(1)(A)(ii) and 18 U.S.C. § 2.

<u>FORFEITURE ALLEGATION</u>

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One and
Two of this Indictment,

>    1. JULIO FRANCO, a/k/a "Ramon Mercedes-Ortiz",
>    2. DOMINGO VEGA, a/k/a "Mingo," and
>    3. JOSE RAFAEL SANTIAGO, a/k/a "Raffi,"

defendants herein, shall forfeit to the United States any and all

property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of the

offenses, and any property used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of,

such offenses.    Such property includes, but is not limited to:

>    (a)    $529,631.00 in United States currency seized from
>           the 1996 Volkswagen Jetta on November 9, 2003, in
>           that such sum represents drug proceeds, and
>           further represents monies the Defendants intended
>           to use to purchase cocaine; and
>
>    (b)    $183,939.00 in United States currency seized from
>           11 Kings Hill Drive in Lynn, MA on November 10,
>           2003, in that such sum represents drug proceeds,
>           and further represents monies the Defendants
>           intended to use to purchase cocaine; and
>
>    (c)    the 1996 Volkswagen Jetta, Massachusetts VIN
>           3VWWA81H5TM119770, in which $529,631.00 in drug
>           proceeds were seized on November 9, 2003.

2.    If any of the properties described in paragraph 1,

above, as a result of any act or omission of the Defendants --

>    (a)    cannot be located upon the exercise of due
>           diligence;
>
>    (b)    has been transferred or sold to, or deposited
>           with, a third party;

(c)  has been placed beyond the jurisdiction of the Court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided without difficulty:

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: December 17, 2003, at 12:21 PM
Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

United States Magistrate Court
DS-SDTX
FILED

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SEP 1 2 2006  3C

Michael N. Milby, Clerk
Laredo Division

—— DISTRICT OF —— Massachusetts ——

UNITED STATES OF AMERICA

V.

Julio Franco.
a/k/a "Ramon Mercedes-Ortiz"

*FPD*
*9/19/06* *11:00am Identity + Det.*

**WARRANT FOR ARREST**

CASE NUMBER: *03-10383-RGS*

*5:06MJ1504*

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Julio Franco, a/k/a "Ramon Mercedes-Ortiz"
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of
21 U.S.C. § 846 and 841 (a) (1) and attempted possession with intent to distribute cocaine, and aiding and abetting.

in violation of
Title _____ 21 _____ United States Code, Section(s)  846 and 18 U.S.C. § 2 _____

*Sheila Diskes*                                     *Operations Supervisor*
Name of Issuing Officer                          Title of Issuing Officer

_____                          12-17-2003      Boston, MA
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____ by _____
                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | *US Border Patrol* | *[signature] for Border Patrol* |
| DATE OF ARREST *SEPT 10 2006* | | |

This form was electronically produced by Elite Federal Forms, Inc.

# DIANA SALDAÑA,
United States Magistrate Judge, Presiding

U S MAGISTRATE COURT
DS – SDTX
FILED

SEP 1 2 2006

Michael N. Milby, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Ben Mendoza | Open    9:00 AM | |
| Court Reporter | Delia Gonzalez, ERO | | |
| Court Interpreter | Ina Pool (used) | Adjourn 11:30 AM | |
| U.S. Pretrial | Anthony Vidal | | |
| U.S. Marshal | Danomi Brown/Carlos Palos | | DATE September 12, 2006 |
| U.S. Probation | Frank Bazan | | |

Docket No. 5:06-MJ-1504
Re: 03-10383-RGS, Massachusetts

| | | |
|---|---|---|
| United States of America | § | Mary L. Castillo , AUSA |
| vs | § | |
| Julio Franco, a/k/a: Ramon Mercedes-Ortiz, Defendant | § | Paul Saenz, Dft's Atty |

## Courtroom Minutes
### Initial Appearance

| | | |
|---|---|---|
| ✔ | | Initial appearance on **[Warrant on Arrest]**. |
| ✔ | kia | Dft's first appearance.  Dft. Advised of charges and rights. |
| ✔ | | Dft. advised of charges. |

| | |
|---|---|
| ☒  Indictment | ☐ Violation of <u>Felony Probation</u> |
| ☐  Violation of <u>Pretrial Release</u> | ☐ Violation of <u>Misdemeanor Probation</u> |
| ☐  Violation of <u>Supervised Release Term</u> | ☐ Other: |

| | | |
|---|---|---|
| ✔ | kfinaff | FINANCIAL AFFIDAVIT, executed and filed. |
| ✔ | | Dft. requests appointed counsel. |
| ✔ | koapptpd | Federal Public Defender, appointed. |
| ☐ | k20appt | Private Attorney, appointed.  Next on list: |
| ✔ | ko(bnd) | No Bond set . |
| ✓ | kodtn | Detention Hearing set before Magistrate Judge Diana Saldaña on 9/19/06 @ 11:00 AM |
| ☐ | | Hearing set before Judge Micaela Alvarez on (TO BE ADVISED) |
| ✓ | | Identity Hearing set before Magistrate Judge Diana Saldaña on 9/19/06 @ 11:00 AM. |
| ☐ | | Rule 40 Hearing set before Judge  on |
| ✔ | | Dft. advised Court of **medical condition**(s) or need(s): |
| ✔ | kloc | Dft. **remanded** to the custody of U.S. Marshals. |

/bm

U S MAGISTRATE COURT
DS   SDTX
FILED

SEP 12 2006  BM

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA                    §

vs                                          §        DOCKET No. 5:06-MJ-1504
                                                     re: 03-10383-RGS, Massachusetts

Julio Franco, a/k/a: Ramon Mercedes-Ortiz   §

## ORDER APPOINTING PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this court

that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because

the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this

person in the above designated case.

If appointment is made by a Magistrate Judge and the case subsequently proceeds to the United

States District Court, the appointment shall remain in effect until terminated or a substitute attorney is

appointed.

DIANA SALDAÑA
United States Magistrate Judge

Date of order: September 12, 2006

CHARGE:    21, 18: 846, 2

/bm

US MAGISTRATE COURT
- SDTX
FILED

SEP 13 2006   BM

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Julio Franco, a/k/a: Ramon Mercedes-Ortiz *Defendant* | § | Case Number: 5:06-mj-1504 re: 03-10383-RGS, Massachusetts |

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for

9/19/06 @ 11:00 AM, before United States Magistrate Judge DIANA SALDAÑA, at 1300 Victoria,

Courtroom 3C, Laredo, Texas 78040.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced

for this hearing.

DIANA SALDAÑA
United States Magistrate Judge

Date of order: September 13, 2006

CHARGE:   Title 21 & 18 United States Code, Section(s) 846, 2.

/bm

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

United States Magistrate Court

# United States District Court SEP 19 2006

DISTRICT OF ───────────────

Michael A. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

Julio Franco
a/k/a: Ramon Mercedes Ortiz

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

CASE NUMBER: 5 06 MJ 1504
Re: 03-10383-RGS

I, __Julio Franco__ , understand that in the __DISTRICT COURT__ District of __MASSACHUSETTS__ , charges are pending alleging violation of __21, USC 846 ; 21 USC 853 & 18 USC 2__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been comitted by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(  )    identity hearing

(  )    preliminary examination

(X)    identity hearing and have been informed I have no right to a preliminary examination

(  )    identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

x JULIO FRANCO
Defendant

9-12-06
Date

Defense Counsel