# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2003-10383-RGS-01

JULIO FRANCO, ETC.,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on November 6, 2006; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)     The Government shall produce the disk containing the conversations recorded on the wiretap..

(4)     All non-discovery type motions are to be filed and/or served *on or before the close of business on Monday, December 11, 2006;* the Government shall respond within the time provided by the Local Rules.

(5)     *See* Order of Excludable Delay entered this date.

(6)     It is uncertain whether a trial will be necessary; a trial would take five (5) trial days.

(7)     The Final Status Conference is set for *Wednesday, December 13, 2006 at 3:45 P.M..*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)     *See* ¶¶ (1)-(4), *supra*.

(2)     It does not.

(3)     None.

(4)     *See* Order of Excludable Delay entered this date.

(5)     Not applicable.

    */s/ Robert B. Collings*
    ROBERT B. COLLINGS
    United States Magistrate Judge

November 6, 2006.