# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2003-10383-RGS-01

JULIO FRANCO, ETC.,
       Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/17/2003 - Indictment returned.

10/4/2006 - Initial Appearance in Massachusetts

10/4/2006 - Arraignment

11/5 - 11/1/2006 - Excluded as per L.R. 112.2(A)(2)

11/6/2006 - Conference held.

11/7 - 12/11/2006 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of December 11, 2006, four (4) non-excludable days will have

occurred leaving SIXTY-SIX (66) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 6, 2006.