```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 03-10383-RGS |
| JULIO FRANCO | ) ) ) | |

### JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery, with the exception of expert witness materials should the case proceed to trial.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant has filed a motion to suppress. The government's response is due on January 24, 2007.

6. No other schedules should be set.

7. It is uncertain whether the case will be resolved prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court.

9.  If required, the parties anticipate that trial should take approximately five trial days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,
By:


/s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney
(617)748-3174


DATE:     JANUARY 11, 2007