# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                         CRIMINAL NO. 2003-10383-RGS-01

JULIO FRANCO,
      Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    12/12/2006 - 1/10/2007 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    1/11/2007 - Conference held.

    Thus, as of January 12, 2007, FOUR (4) non-excludable days have occurred leaving SIXTY-SIX (66) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                                /s/ *Robert B. Collings*
                                                ROBERT B. COLLINGS
                                                United States Magistrate Judge

January 12, 2007.