03 CR 10383 RGS-01  FRANCO
03 M 0451 RBC

Dear Judge [redacted],

FILED IN CLERKS OFFICE
2007 JUL 31 A 10:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

I'm writing this letter to the court to request for a new attorney to be appointed to my case. We are having deals of problems and I do not wish to continue to work with him.

I've been asking him for the last ten months to provide me with certain materials regarding my case, but he hasn't made any effort to obtain them for me. He's been declining my calls as well as my wife for the last two months, and that leaves me in the dark with my current situation. I don't believe he's working on my behalf because he were, he would've returned our calls or at least write me a letter.

He's been doing everything else except working on my case, that's why I'm requesting a new attorney to be appointed to my case. I thank the court for its time and understanding on this matter, and God bless the court, thank you once again!

Truly yours

Julio Franco