UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
              }
UNITED STATES OF AMERICA }
              }
V.              }  CRIMINAL ACTION
              }  NO. 1:03-CR-10383-RGS
JULIO FRANCO       }
DEFENDANT        }
_____}

## NOTICE OF APPEARANCE

Please enter our appearances in the above-captioned matter for all purposes.

              Respectfully Submitted,

              /s/ Frank D. Camera, Esq.
              Frank D. Camera, Esq.
              BBO#:  635930
              56 N. Main Street, Suite 303
              Fall River, MA  02720
              508-677-2878
              508-677-2876   Fax


              /s/ James W. McCarthy, II, Esq.
              James W. McCarthy, II, Esq.
              BBO#:  542724
              56 N. Main Street, Suite 303
Dated:  September 4, 2007     Fall River, MA   02720