# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

**V.**    **APPEARANCE**

JULIO FRANCO

Case Number:    03-CR-10383-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America

I certify that I am admitted to practice in this court.

December 27, 2007    /s/ David G. Tobin
Date    Signature

David G. Tobin    552558
Print Name    Bar Number

United States Attorney's Office
Address

Boston    MA    02210
City    State    Zip Code

617-748-3392    617-748-3965
Phone Number    Fax Number