UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10383-RGS |
| | ) | |
| JULIO FRANCO | ) | |
| | ) | |

GOVERNMENT'S ASSENTED TO MOTION TO POSTPONE TRIAL AND EXCLUDE
TIME FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT

Now comes the United States, by its attorneys, Michael J.
Sullivan, United States Attorney, and David G. Tobin, Assistant
U.S. Attorney, and hereby moves this Honorable Court to postpone
the trial in this matter currently scheduled to commence on March
24, 2004, and to exclude from all Speedy Trial Act calculations
the period of time from March 10, 2008 to and including the date
of the next status conference in this case.

It support of this motion, the Government avers the
following: 1) On December 27, 2007, the Court granted the
Government's Assented to Motion to Continue Trial and re-
scheduled the trial to commence on March 24, 2008; 2) On February
11, 2008, counsel for Defendant Franco filed a Motion for
Discovery seeking documents relating to two Columbian wiretaps;
3) On March 10, 2008, the Government filed its Response to
Defendant's Motion for Discovery asserting that the Government
did not possess the requested documents but would attempt to
obtain the documents from the national government of Columbia; 4)
On March 10, 2008, the undersigned attorney for the United States

spoke with Attorney Frank Camera, counsel for Defendant Franco,
and explained that the process of seeking assistance in a
criminal justice matter from another nation may take a period of
time to accomplish; and 5) the undersigned attorney for the
United States and Attorney Camera agreed the ask the Court to
postpone the trial and schedule a status conference in three
months in order to address the progress made in obtaining the
requested documents.  During this conversation, Attorney Camera
agreed to exclude from the provisions of the Speedy Trial Act the
period of time until the status conference.  The requested
excludable delay is made pursuant to 18 U.S.C. § 3161(h)(1)(F)
and § 3161(h)(8)(A)).  The requested delay is in the interests of
justice and outweighs the best interests of the public and the
defendants in a speedy trial.


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                          By: /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant U.S. Attorney

Date: March 10, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system

will be sent electronically to the registered participants as

identified on the Notice of Electronic Filing (NEF).


/s/ David G. Tobin
DAVID G. TOBIN
Assistant United States Attorney



Date: March 10, 2008